RECEIVED
CHARLOTTE, N.C.
JUN 16 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No: 3:05-CV153-MU

| | |
|---|---|
| LENDINGTREE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOWERMYBILLS, INC., d/b/a LOWERMYBILLS.COM, <br><br> Defendant. | ORDER ADMITTING EDWARD H. RICE TO PRACTICE *PRO HAC VICE* |

FOR GOOD CAUSE SHOWN, and on Motion of Counsel for Defendant and payment of the $100.00 admission fee on behalf of the applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Edward H. Rice be admitted to practice *pro hac vice* before this Court in order to represent Defendant lowermybills, Inc. in the above-captioned case.

IT IS SO ORDERED this 25th day of June, 2005.

*[signature]*
United States District Court Judge
Western District of North Carolina