RECEIVED
CHARLOTTE, N.C.
JUN 16 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No: 3:05-CV153-MU

LENDINGTREE, LLC,

    Plaintiff,

v.

LOWERMYBILLS, INC., d/b/a
LOWERMYBILLS.COM,

    Defendant.

ORDER ADMITTING
HAROLD C. HIRSHMAN TO PRACTICE
*PRO HAC VICE*

FOR GOOD CAUSE SHOWN, and on Motion of Counsel for Defendant and payment of the $100.00 admission fee on behalf of the applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Harold C. Hirshman be admitted to practice *pro hac vice* before this Court in order to represent Defendant lowermybills, Inc. in the above-captioned case.

IT IS SO ORDERED this 25th day of June, 2005.

Carl Horn, III
United States District Court Judge
Western District of North Carolina

C-934141v1 18373.00012