**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV153-C**

| | | |
|---|---|---|
| **LENDINGTREE, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **LOWERMYBILLS, INC., d/b/a** | ) | |
| **LOWERMYBILLS.COM,** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

**THIS MATTER** is before the Court on "Motion For Admission Of Michael L. Kiklis to Practice Pro Hac Vice" filed August 12, 2005 (document #18) on behalf of Defendant LowerMyBills, Inc..  For the reasons set forth therein, the Motion will be **GRANTED.**

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

**Signed: August 12, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge