**RECEIVED**
CHARLOTTE, N.C.

AUG – 9 2005

Clerk, U. S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action File No. 3:05CV153 – C

| | |
|---|---|
| LENDINGTREE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| LOWERMYBILLS, INC., d/b/a | ) |
| LOWERMYBILLS.COM, | ) |
| | ) |
| Defendant. | ) |
| ———————————————— | ) |

THIS MATTER is before the court on the Applications of Holmes J. Hawkins, III, A.

Shane Nichols, and James J. Mayberry for Admission *Pro Hac Vice*, filed August 9, 2005.

Upon careful review and consideration, this court will grant the Applications.

In accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Holmes

J. Hawkins, III, A. Shane Nichols, and James J. Mayberry are directed to pay the admission fee

of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** each to the Clerk of Court within ten

(10) days from the date of the filing of this order.

IT IS SO ORDERED, this _11th_ day of _August_, 2005.

_Carl Horn, III_

CARL HORN, III
U.S. Magistrate Judge