IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV153-C

| | |
|---|---|
| **LENDINGTREE, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| **LOWERMYBILLS, INC., d/b/a** ) | |
| **LOWERMYBILLS.COM,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff LendingTree, LLC's "Motion for Admission *Pro Hac Vice* of Latif Oduola-Owoo," (file doc. 35), filed on March 30, 2006. For the reasons set forth therein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: April 3, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge