IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No: 3:05-CV153-MU

LENDINGTREE, LLC,

        Plaintiff,

v.

LOWERMYBILLS, INC., d/b/a
LOWERMYBILLS.COM,

        Defendant.

ORDER ADMITTING JULIE P. SAMUELS
TO PRACTICE *PRO HAC VICE*

    FOR GOOD CAUSE SHOWN, and on Motion of Counsel for Defendant (document #39) and payment of the $100.00 admission fee on behalf of the applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Julie P. Samuels be admitted to practice *pro hac vice* before this Court in order to represent Defendant LowerMyBills, Inc. in the above-captioned case.

    **SO ORDERED.**

Signed: April 20, 2006

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge