# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| LENDINGTREE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:05CV153 |
| LOWERMYBILLS, INC., d/b/a LOWERMYBILLS.COM | ) |
| Defendant. | ) |

## ORDER EXTENDING TIME
## FOR PARTIES TO FILE RESPONSIVE CLAIM CONSTRUCTION BRIEFS

For the reasons set forth in the Stipulation for Extending Time for Parties to File Responsive Claim Construction Briefs, the time for filing responsive claim construction briefs in this matter is extended to June 14, 2006.

**SO ORDERED**.

Signed: June 6, 2006

_____
Carl Horn, III
United States Magistrate Judge