IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No: 3:05-CV153-MU

| | |
|---|---|
| LENDINGTREE, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>LOWERMYBILLS, INC., d/b/a<br>LOWERMYBILLS.COM,<br><br>               Defendant. | ORDER ADMITTING CAMILLE E.<br>BENNETT TO PRACTICE *PRO HAC VICE* |

FOR GOOD CAUSE SHOWN, and on Motion of Counsel for Defendant and payment of the $100.00 admission fee on behalf of the applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Camille E. Bennett be admitted to practice *pro hac vice* before this Court in order to represent Defendant LowerMyBills, Inc. in the above-captioned case.

**SO ORDERED**.

Signed: June 29, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge