IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action File No. 3:05CV153

| | |
|---|---|
| LENDINGTREE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LOWERMYBILLS, INC., d/b/a LOWERMYBILLS.COM, | ) |
| Defendant. | ) |

THIS MATTER is before the court on the Application of Thomas C. Lundin Jr. for Admission *Pro Hac Vice*, filed July 13, 2006.

Upon careful review and consideration, this court will grant the Application.

In accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Thomas C. Lundin Jr. is directed to pay the admission fee of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** each to the Clerk of Court within ten (10) days from the date of the filing of this order.

**SO ORDERED**.

Signed: July 14, 2006

Carl Horn, III
United States Magistrate Judge