# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No: 3:05CV153-M

| | |
|---|---|
| **LENDINGTREE, LLC,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**LOWERMYBILLS, INC. d/b/a LOWERMYBILLS.COM,**<br><br>       **Defendant.** | **ORDER FOR STAY PENDING MEDIATION** |

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED THAT:

1. This litigation shall be deemed stayed for all purposes pending the completion of the parties' mediation (the "Mediation Period").

2. The parties shall notify the Court in writing by no later than April 19, 2007 of the completion of their mediation (the "Notification Date"). Briefing or any other deadlines as to any pending matters in this action, whether currently pending or filed or raised during the Mediation Period, shall be stayed during the Mediation Period. If mediation is unsuccessful, the Notification Date shall operate as the equivalent of the date of service for any pending motions which are not fully briefed or any other matters, and the normal time periods for briefing and reply shall run from that date. This order is without prejudice to LendingTree's right to request additional time for briefing its oppositions to the pending motions, if necessary.

Signed: March 19, 2007

Graham C. Mullen
United States District Judge