IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV153

| | | |
|---|---|---|
| LENDING TREE, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| LOWER MY BILLS, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. The parties are hereby directed to file a report to the court within 14 days from the date of this order as to the status of this case.

**IT IS SO ORDERED.**

Signed: August 10, 2007

Graham C. Mullen
United States District Judge